FILED
August 22, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
            Plaintiff, )   Case No. 2:12MJ00214-GGH
v. )
           ) ORDER FOR RELEASE OF
OSWALDO BELTRAN-ESCALANTE, ) PERSON IN CUSTODY
           Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  OSWALDO BELTRAN-ESCALANTE , Case No.  2:12MJ00214-GGH , Charge  Materia Witness , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)  The defendant is ordered released to the custody of ICE 

Issued at  Sacramento, CA  on  August 22, 2012  at  2:02 pm .

By  /s/ Gregory G. Hollows 
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court